IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SYDNI BEUHLER** § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | Civil Action No. 1:21-CV-00054-RP |
| **CITY OF AUSTIN,** § | |
| **OFFICER GAVIN SMART,** § | |
| **OFFICER JAVIER GONZALEZ,** § | |
| **and OFFICER ANNE ALLARE** § | |
| *Defendants* § | |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that undersigned counsel, Monte L. Barton, Attorney for Defendant City of Austin, will **be out of the office on personal leave from November 28, 2022 through December 12, 2022.** During this time undersigned counsel will be unavailable and unable to respond to motions, discovery, attend depositions, meetings or other actions in this case.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, City Attorney
MEGHAN L. RILEY, Chief, Litigation

/s/ Monte L. Barton Jr.
MONTE L. BARTON JR.
Assistant City Attorney
State Bar No. 24115616
monte.barton@austintexas.gov
City of Austin-Law Department
Post Office Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2409
Facsimile: (512) 974-1311

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

  This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record, in compliance with the Rules of Federal Procedure, this 18th day of November, 2022.

**Via CM/ECF:**
Scott M. Hendler
SBN: 09445500
shendler@hendlerlaw.com
Donald Puckett
SBN:24013358
dpuckett@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone:  (512) 439-3202
Facsimile:   (512) 439-3201

  **ATTORNEYS FOR PLAINTIFF**

        /s/ Monte L. Barton Jr.
        MONTE L. BARTON JR.
        **Counsel for Defendant**
        **City of Austin**