IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Sydni Beuhler,** § | |
| Plaintiff, § | |
| v. § | |
| § | |
| **City of Austin,** § | Case no. 1:21-cv-00054-RP |
| **Officer Gavin Smart (AP8674),** § | |
| **Officer Javier Gonzalez (AP7422),** § | |
| **and Officer Anne Allare (AP7755),** § | |
| Defendants. § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT OFFICER ANNE ALLARE**

COMES NOW Plaintiff Sydni Beuhler, by and through the undersigned counsel, and hereby dismisses in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) all claims, with prejudice, against officer defendant Anne Allare. Parties shall bear their own costs, fees, and litigation expenses.

**Dated: December 29, 2022**

**Respectfully submitted,**

**HENDLER FLORES LAW, PLLC**

*/s/ Grayson E. McDaniel*
Scott M. Hendler - Texas Bar No. 9445500
shendler@hendlerlaw.com
Grayson McDaniel - Texas Bar No. 24078966
gmcdaniel@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3200
Facsimile: (512) 439-3201

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed via the courts CM/ECF system on December 29, 2022, which will serve all counsel of record.

*/s/ Grayson E. McDaniel*
Grayson E. McDaniel