IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNI BEUHLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-0054-RP |
| | § | |
| CITY OF AUSTIN, *Officer* GAVIN SMART (AP8674), and *Officer* JAVIER GONZALEZ (AP7422), | § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions for summary judgment. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff's claims against Defendants Gavin Smart, Javier Gonzalez, and City of Austin are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE